May 15, 2014.



# JUDGMENT

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

CITY OF NASSAU BAY, Appellant

NO. 14-14-00217-CV                          V.

HARRIS COUNTY APPRAISAL DISTRICT AND COMUNIDAD BALBOA, LLC AS THE OWNERS OF BALBOA APARTMENTS, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on December 12, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, City of Nassau Bay.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.